PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

# IN THE UNITED STATES DISTRICT COURT

FOR THE **Western** DISTRICT OF TEXAS

**Waco** DIVISION

## PETITION FOR A WRIT OF HABEAS CORPUS BY
## A PERSON IN STATE CUSTODY

**Rebecca Joy Bond**

**PETITIONER**
(Full name of Petitioner)

**Mountainview Unit**

**CURRENT PLACE OF CONFINEMENT**

vs.

**02128686**

**PRISONER ID NUMBER**

**W18CA306**

**Senior Warden Donna Kazmierczak**

**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

**CASE NUMBER**
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.   Only judgments entered by one court may be challenged in a single petition.  A separate petition must be filed to challenge a judgment entered by a different state court.

6.   Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.   Mail the completed petition and one copy to the U. S. District Clerk.  The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.  The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.   Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

☑ A judgment of conviction or sentence,        (Answer Questions 1-4, 5-12 & 20-25)
       probation or deferred-adjudication probation.
☐ A parole revocation proceeding.            (Answer Questions 1-4, 13-14 & 20-25)
☐ A disciplinary proceeding.                 (Answer Questions 1-4, 15-19 & 20-25)
☐ Other:_____            (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.   Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _Smith County District Court, Tyler Texas_

2.   Date of judgment of conviction: _April 7, 2017_

3.   Length of sentence: _50 years_

4.   Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _114-1759-16_

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.  What was your plea? (Check one)   ☐ Not Guilty   ☒ Guilty   ☐ Nolo Contendere

6.  Kind of trial: (Check one)   ☐ Jury   ☒ Judge Only

7.  Did you testify at trial?   ☐ Yes   ☒ No

8.  Did you appeal the judgment of conviction?   ☐ Yes   ☒ No

9.  If you did appeal, in what appellate court did you file your direct appeal? _____

    _____   Cause Number (if known): _____

    What was the result of your direct appeal (affirmed, modified or reversed)? _____

    What was the date of that decision? _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: _____

    _____

    Result: _____

    Date of result: _____   Cause Number (if known): _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: _____

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: Court of Criminal Appeals of Texas

    Nature of proceeding: denied without written notice

    Cause number (if known): 114-1759-16A

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: _Feb. 12, 2015_

Grounds raised: _Ineffective Assistance of Counsel_

_____

Date of final decision: _Aug. 22, 2018_

What was the decision? _denied_

Name of court that issued the final decision: _Court of Criminal Appeals of Texas_

As to any second petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.   Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

(a)   If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

(b)   Give the date and length of the sentence to be served in the future: _____

_____

(c)     Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?     ☐ Yes     ☐ No

## Parole Revocation:

13.     Date and location of your parole revocation: _____

14.     Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?     ☐ Yes     ☐ No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

## Disciplinary Proceedings:

15.     For your original conviction, was there a finding that you used or exhibited a deadly weapon?
☐ Yes     ☐ No

16.     Are you eligible for release on mandatory supervision?     ☐ Yes     ☐ No

17.     Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

Disciplinary case number: _____

What was the nature of the disciplinary charge against you? _____

18.     Date you were found guilty of the disciplinary violation: _____

Did you lose previously earned good-time days?     ☐ Yes     ☐ No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _____

_____

_____

19.     Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
☐ Yes     ☐ No

If your answer to Question 19 is "Yes," answer the following:

Step 1  Result: _____

Date of Result: _____

<u>Step 2</u>  Result: _____ _____

Date of Result: _____

## All petitioners must answer the remaining questions:

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Summarize <u>briefly</u> the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting them.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A.  **GROUND ONE:**  ineffective assistance of counsel

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Attorney Showing Prejudice, Failure to Investigate Evidence, Failure to Investigate Insanity Defense or Fully Investigate Competency, Failure to Investigate Witnesses, Advice Concerning Plea, Going to trial, Preserving Rights Constructive Denial of Counsel

B.  **GROUND TWO:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

C.      **GROUND THREE:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

D.      **GROUND FOUR:** _____

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

21.     Relief sought in this petition: To have effective assistance and a trial as was wanted and needed all along. Have my rights preserved. To obtain a trial with a change of venue granted due to the nature of misconduct and neglect by Smith County and acting representation Norman LADD, with DA Matt Bingham also against Bond without cause.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☒ No

If your answer is "Yes," give the date on which <u>each</u> petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes     ☒ No

If your answer is "Yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Norman LADD 223 S. Bonner Ave. Tyler Tx 75702

(b) At arraignment and plea: Norman LADD 223 S. Bonner Ave, Tyler Tx 75702

(c) At trial: _____

(d) At sentencing: Norman LADD 223 S. Bonner Ave, Tyler Tx 75702

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g)     On appeal from any ruling against you in a post-conviction proceeding: _____

_____

## Timeliness of Petition:

26.     If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____

Signature of Attorney (if any)

_____

        I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_October 8, 2018_____ (month, day, year).

Executed (signed) on _10-8-2018_____ (date).

_____

Signature of Petitioner (required)

Petitioner's _current_ address: _Mountainview Unit (Rebecca Joy Bond #2128686)_
_2305 Ransom Road_
_Gatesville Tx 76528_

(Cover Page)

# (Index of Authorities)

Gonzales U. U.S.

Hill V. Lockhart

Mc Luckie V. Abbott

McMann V. Richardson

Medina V. California

Nealy V. Cabana

Strickland V. Washington

U.S. V. Kauffman

U.S. V. Nahodil

Woodard V. Collins

also: 4247.(c) FCCP & Rules

## Prayer

Pray the honorable court accept and grant investigation and trial. Relief grant on this habeas per evidence, change of venue per prejudiced by LAPD & DA Bingham of Smith County. Also pray effective assistance by competent representation of attorney per 1.051 Article.

Thank You Respectfully Submitted,

10-8-10

*Rebecca Bond*

Rebecca Bond

(Memorandum In Support)
of 2254

page 1

Attorney Showing Prejudice:

Nealy V. Cabana 764 F.2d 1173, 1178 - A defendant need not show that counsels deficient conduct more likely than not altered the outcome of the case; instead the question is whether there is a reasonable probability, absent the errors, the fact finder would have reasonable doubt respecting guilt. Strickland V. Washington 104 S. Ct at 2067-8 the defendant must show that the counsels representation fell below an objective standard of reasonableness, and that defendant was prejudiced by counsel. Gonzalez V. U.S. 722 F.3d 118, 130: there is "reasonable probability" that, but for the counsels unprofessional errors, the results of the proceedings would have been different. Bond was prejudiced and disadvantaged by the lack of efficient representation by Norman LADD III. LADD did not perform as an attorney should. LADD did not recite correct law and even told Bond she faced Life w/o parole for her 1st degree felony but now Bond knows that no that punishment was not a realistic one. Bond was not and is not a legal authority but Norman LADD is supposed to be versed in the law as he is an attorney sworn to do so, but LADD is deficient to say the least.

# (Memorandum of LAW)

page 2

Bond confided much to LADD about childhood and adult abuse she had endured. She also told LADD of her over 25 years of hard drug use and diagnosed mental disease. It is clear to Bond that these truths told further pushed LADD to show indifference to Bond by neglecting to address any of these issues and after Bonds letters and talks to LADD his whole attitude was that of indifference and prejudice. (see Exhibit 1)(Letter Bond wrote after meeting LADD)

<u>Failure to Investigate Insanity Defense or Fully Investigate Competency</u>:

Medina V. California 505 U.S. 437, 439/112 SCt 2572/ 120 L.Ed. 353 "It is well established that the Due Process Clause of the 14th Admendment prohibits the criminal prosecution of a defendant who is not competent to stand trial. U.S. V. Kauffman 109 F.3d 186 failure to conduct any investigation into possible insanity defense <u>was</u> ineffective counsel. Mc Chuckie V. Abbott 337 F.3d 1193, 1199 "a failure to timely investigate a clients mental state, let alone a failure to assert a mental state defense at trial, <u>falls well below an objective standard of reasonablness</u>, where a defendant exhibits "severe mental issues". 2128686

(Memorandum of LAW)

page 3

For the record Bond has been a mental health patient since around 1992. Bond has been on permanate disability since 2008 December for "severe mental health issues". These are not lies as Norman LADD and Matt Bingham (DA) together state. These are absolute truths easily verifiable by way of some phone calls, faxes, emails or mail. Bond has been diligently trying to obtain her own medical records but is having dificultys because of indegency due to inprisionment. The State of Texas Social Security Department who put Bond on disability since 2008 December address is:

Social Security Administration
    5509 Donnybrook
Tyler, TX 75403


There are plenty of records to be obtained and can be verified that Bond is in fact not a liar through the SSI office of Tyler TX. Here are more offices Bond was a mental patient of:
    ETMC Behavioral Health
    4101 University Blvd.
    Tyler, TX 75701
    ph. (903) 266-2200                    2128686

( <u>Memorandum of Law</u> )

Page 4

Andrews Center
2323 U. Front St.
Tyler, TX 75702
ph. (903) 597 1351

Rusk State Hospital
Rusk, TX 75785

Parkland Hospital
(Parkland Psych)
Dallas, TX

Dallas Metro Care
Dallas, TX

Mountainview Unit
Dr. Jose Rodrigez
Gatesville, TX

Dawson State Jail
Dr. Reddy
Dallas, TX

These are some rehabs Bond has been at:

Nexus Rehab
La Prada
Dallas, TX

Salvation Army (Reconnect)
633 Broadway
Tyler, TX 75702

All these informations are true and correct and were neglected. To formulate any defense for Bond even though LABB could have researched he did not. Some records also were requested about Bond and her Tramatic Brain Injury the worst in 2014 treated at:
Trinity Mother Frances
800 E. Dawson
Tyler, TX 75701

# (Memorandum of LAW)

page 5

Per Federal Code of Criminal Procedures and Rules 4247.(c) under Psychiatric or Psyhological Reports. states that reports shall include: (1) the persons history (documentation of history apparently should be included or researched)(Procter states no formal testing was done) and this is apparent. With no formal testing done Bond was not properly evaluated per 4247.(c) FCCP & Rules. Bond simply answered a short questionare by Dr. Procter about if she knew what a Judge, Jury and Prosecutioner were. These are in no forms a test escpecially of a person who is severely mentally ill with an extensive history to prove it. See Exhibit 1 which is 8 pages long a letter Bond wrote to then attorney Norman Ladd telling many things including about previous and current psychological issues and confinements. Note Bonds insurance also in Exhibit 2 states Medicaid, Bond only recieved Medicaid because of her Social Security Disability she recieved. Exhibit 2 which is 5 pages in length shoes history with ETMC's system as Bi-polar also that current perscription was Abilify an antipsychotic medication. Also note original copys were sent of multiple letters and

( Memorandum of Law ) page 6

● about Bonds psych history and believe were entered into record when Reply Brief to counter LADD was put in record. This would all fall also under subsection Failure to Investigate Evidence, Advice Concerning Plea, Going to Trial or Preserving Rights and Constructive Denial of Counsel: Mc Mann v. Richardson 397 U.S. 759, 771 / 90 SCt 1441/25 LEd 2d 763 "during plea negotiations a defendant is entitled to competent counsel Woodard v. Collins 898 F2d 1027, 1029; when a lawyer advises a client to plea bargain

● to an offense which attorney has not investigated such conduct is always unreasonable, Hill v. Lockhart 474 U.S. 52,57/ 106 S.Ct 366/88 L.Ed 2d 203, U.S. v. Nahodil 36 F.3d 323 ineffective claim stated where counsel advised client to plea guilty despite defendants repeated objections.

Failure to Investigate Witnesses - these following could and would testify to abuse by Luis Martinez and psychological history + character LADD never called them.

| | | |
|---|---|---|
| Linda Bond (903) 566-3272 MM40 FM 2767 (903) 752-0283 Tyler, TX 75705 | Bobby & Dessa Sheperd 304 Dodge St. Tyler, TX 757 | Cedric Ford 15678 CR 46 Ben Wheeler, TX 75704 |
| All of Bonds providers for med. info psych | Kaytlyn Rose Newman ( Facebook Page) | Krumdiek Star Beauty College Tyler, TX 75702 |

● LADD neglected these informations showing prejudice and unprofessionalism.

Bond 2128680

Exhibit 1 p.1

Mr Norman LADD,                                    9-30-16

This is Rebecca Bond I met u in court
the 23rd for my charge against me for murder.
I hope you will come see me soon I really
need talk with you about a few things. My
mental state is not going to well I am
breaking down more and more in my mind I
was institutionalized a few times before I have been
through so many tramatic things starting from
childhood around 7,8,9 when I was raped by
a grown man I need to give you this background
I feel so I don't have to keep reliving it over
and over. I can fill u in in person about the
rest but I have not had a easy life at all
not to feel sorry for me but for a little while
my mental not good not to mention my common
law luis Martinez the man who is passed away
is gone from me now he did abuse me mentally
and physically through the 2½ yrs we were
together I also found out after falling in love
with him that he had previously been convicted
of raping a 4 yr old girl and sometimes I
would be called her name and he would say
he didn't mean to say that alot of mind
games and things went on through the years
but I tried to look how God would forgive
but it did seem like he still was a molester

Exhibit 1 pg 2

type. I did not hold against him but sometimes really messed with my mind and he was on drugs meth like me and would be very mean at times but once high he was sweet as can be and called me his Joy I need help obviously and I trust that you with your cases because you seem sensere when I spoke briefly with you Also our house which the electric and water is in my name but not house morgage note, is a concern to me I sell on ebay and let go and have to our house full of mercendise to let go and sell my mother has tryed to retrieve my belongings as in my purse which I have 2 credit cards on Pay pall w 230.⁰⁰ a Regios Bank card with 170 in checking and 170 in savings ~~~~~~~~~~~ plus around 280.⁰⁰ cash in my brown tasseled backpack purse also with medications and my phone the sheriffs said I would recieve in my property here and so far have nothing to me I need pay my 13yr olds phone bill on 4th and have a truck payment coming up also she needs money for a new phone cover I need your help desperatly and I'm trying to hold it together I'm in 23hr. lock down I was hoping to get a reduction in bond they made it 250,000 and also I just

Exhibit 1 pg 3

③

need counseling and mental health services. I have blacked out a few times maybe 6 in my life from not being on my medication abilify and ~~Bur~~ something bad happens it hasn't happened to me in years until this with my husband I don't like to admit I need mental help but I know I do I have ~~ya~~ been to Greenoaks, Rust State (Greenoaks (Dallas) Nexus (3X), Parkland Psych BHC (3X) I got so busy with going full time to school 8-5 Tue thru ~~Fri~~ Saturday then coming home to change to go clean house or mow lawns or wash peoples clothes I neglected my mental meds not meaning to and everything got jumbled also I was using IV meth, morphine and heroin along with my husband and all was so much on me I have not even processed a horrible rape crime that was done to me around 3 yrs ago on Valentine Street I was beaten severely blinded from blows with a concrete block arm broken by 2 people who I didn't even know but I know who did it now and nothing has been done to them regarding

EXHIBIT 2 pg 2

TY-BOND, REBECCA JOY-Enc# 49864390-STY-E-E-9/21/2016 R ED Physician Documentation-9/21/2016--ER0043-4pg

**ED Course / Workup**

Chart by exception  Circle positive responses - findings  A backslash ( \ ) indicates a pertinent negative

| ETMC-South ER (STY) | Patient: BOND, REBECCA JOY |
| 6210 S. Broadway | Triage Date: September 21, 2016 |
| Tyler, TX 75703 | DOB: January 3, 1979    Sex: Female |
| 1-800-648-8141 | Med Rec#: 0296577    Age: 37 yr |
| | Account#: 49864390 |

**Clinical Work-up**

Cardiac Monitor   Rate____/ Rhythm  NSR _____/ STTA   Ectopy _____
EKG                Rate____/ Rhythm  NSR _____/ STTA - Ectopy _____
                   PR NL____/ QRS: NL _____/ Axis: NL ____/ Previous EKG: N / Y- Unchanged/_____/ EP Interp/Review
CBC                NL except WBC____/ Hgb____/ Hct ___/ Platelets ___/ segs___/ bands____/ lymphs___/ monos___/ mos___
Metabolic Profile  NL except: Na___/K___/Cl___/CO2___/Glu___/BUN___/Creat___/A bumin___
                   Total Protein____/AST(SGOT)___/ALT(SGPT)___/Alkaline Phos___/Total B rubin___
Cardiac Enzymes    NL except CK___/CKMB ___/ Troponin___/ PT ___/ INR___/ PTT___/ Other___
UA                 NL except WBC____/ RBCs ___/ bacteria___/ cluj___
Other Lab          D-Stick ____/HCG qual ____/HCG quant___/Hemacult ___/Amylase ___/Lipase ____/BNP___/D-Dimer___
Other Lab          I-Stat_____Other_____
X-ray              (1)_____ NL (2)_____NL          Interpreted by
                                                                        EP / Radiology
CT / MRI / US      NL_____Reason Ordered_____

**ED Course (Timing, Reason, Intervention, and Result)**

Recheck 1    Unchanged / Improved / Worse            [ ] AMI - Aspirin at arrival  Y / N / Not indicated / Pt refused
Recheck 2    Unchanged / Improved / Worse            Beta blocker at arrival  Y / N / Not indicated / Pt refused
**Calls Placed**    PMD                              Consultant
**Discussion**

Prudent layperson EMC  Y / N    EMTALA-EMC  Y / N    Stability: Stable for Discharge - Stable for Transfer - Unstable
Records Reviewed  Nursing Notes  Flow Sheets  EMS  Nursing Home / Prior ED  Inpatient / Inpatient Ordered / Inpatient Unavailable

**Clinical Impression / Diagnosis**

(1) Cellulitis Both leg  (2) Anxiety  (3)_____

**Disposition**

Location      Home / Admit / NH or ALF / LWBS / AMA / Transf   Follow-up Plan    Limit Activities for ___ Days / Referral in ___ Days
Condition     Improved / Stable / Serious / Expired at ___      For Work Injuries:  No Work for ___ Days / Limited Duty for ___ Days
Prescriptions                                                   Follow-up Physician   PMD / On Call MD / Other_____
                                                                Instructions
              Bactrim DS P/o BID x 10 days.                     Return to school after
              Bactroban ointment                                1 week   9/28/16
              Clonazepam 1 mg                  Counseled        Clinical Work-up / Diagnosis / Treatment Plan

**Associate Provider:** _____    PA / RN ACNP-C
                                                      PA /RN ACNP-C
**Attending Physician:** _____  Vidyasagar Reddy, MD 2150    Completed @___  Additional Dictation
                                                      2979         Care Assumed at ___

Printed 9/21/2016 at 21.33 - Page 1 of 1

Exhibit 2 pg3

TY-BOND, REBECCA JOY-Enc# 49864390-STY-E-E-9/21/2016 R ED Physician Documentation-9/21/2016—ER0043-4pg

**ED Physician Notes**   Chart by exception · Circle positive responses · findings · A backslash ( \ ) indicates a pertinent negative

**ETMC**
REGIONAL TRAUMA SYSTEM
East Texas Medical Center
Regional Healthcare System

**ETMC-South ER (STY)**
6210 S. Broadway
Tyler, TX 75703
1-800-648-8141

Patient: **BOND, REBECCA JOY**
Triage Date: **September 21, 2016**
DOB: **January 3, 1979**   Sex: **Female**
Med Rec#: **0296577**   Age: **37 yr**
Account#: **49864390**

**Chief Complaint**   1. Insect Bite (uncomplicated)
**Basic Information**   Hx By / Spouse / S O / Father / Mother / Child / Guardian / Interp / Other / Time _1135_ / Amb/ BLS ALS // Police

**Vital signs**   Per nurse notes / WNL / T _____ P ____ R ____ BP ____ SaO2 ____ %/
**Medications**   Per nurse notes / None / Per list / Reconciled /
**Allergies - intolerances**   Per nursing notes / substances / reactions / NKDA /
**Immunizations**   Per nurse notes / Influenza / Pneumococca / Tetanus _less_than_5 y's_ / more_than_10 yrs_ / never /
**Menstrual - PG hx**   Per nurse notes / LMP _____ / G ____ P ____ SAb ____ TAb ____ / Preg_unknown N Y Trimester_1_2_3 /
**History limitation**   None / Clinical condition / Physical impairment / Cognitive impairment / Language barrier /

**History of Present Illness**   Go Rash to both legs, thinks Spider / insect bite also feeling anxious. Her husband waiting for room.

**Duration/Timing**
**Occurrence**   / _5_ mins hrs days PTA / Date _____ Time ____ ... /
**Location**   / Head / Neck / Chest / Back / Abdomen / R_L / Arm R_L / Hand R_L / Leg R_L / Foot /

**Quality/Severity**
**Symptoms**   / Erythema / Swelling / Itching / Burning / Pain /
**Symptom degree**   / Mild / Mod / Sev /

**Modifying Factors**
**Mitigating**   / None / Rest / Ice / Immobilization / Analgesics / Antihistamines /

**Context**
**MOI**   / Locate / Describe /
**Prior insect bite allergy**   None / Large local reaction / Oral swelling / Wheezing / Anaphylaxis /
**Risk factors**   None / Immunocompromise /

**Assoc Signs & Symps**
**Fever**   Neg / Low / Mod / High / Subjective / ____ deg F / O T A R /
**Const (other)**   Neg / Chills / Malaise / Gen weakness / Decreased LOC /
**ENT**   Neg / R_L_ Ear pain disch / Nose congestion disch bleed / Mouth pain swelling / Throat pain swelling hoarse /
**SOB**   Neg / Min / Mod / Sev / c activity / c lying down / At rest /
**Resp (other)**   Neg / Cough / Wheezing / Stridor /
**CV**   Neg / Chest pain / Palpitations / Tachycardia / Bradycardia / Syncope /
**Neuro**   Neg / Confusion / R_I __Hearing loss / R_I __Vision loss / Diplopia /
   Aort / speech / motor / sensation / balance / HA / Seizure /
**Lymph**   Neg / R / L / Cervical / Axillary / Inguinal / Generalized / Enlarged glands /

**Review of Systems**   See HPI for - Const ENT Resp CV Skin Neuro Heme AI Immuno
**Eye**   Neg / R / L / Pain / Eye - d inflammation / Conjunctival inflammation / Vision change /
**GI**   Neg / Nausea / Poor PO intake solids liquids / Vomiting / Hematemesis / Diarrhea /
   / Hematochezia / Constipation / Melena / Pain /
**MS**   Neg / R / L / Hand / Shoulder / Arm / Knee / Leg / Neck / Back / General / Stiff / Pain / Chronic / Acute /
**Other significant**   All systems otherwise neg /

**Past Medical History**   See HPI / See dictation / See med record dated _____ /
**Med**   Neg / CAD HTN Angina A Fib MI CHF Mur / Asthma / GERD / CA / CRF / High chol / Hypothyroid / DM type_1 type_2 /
**Surg**   Neg / PTCA / Stent / CABG x ___ / Appy / Chole / Cyst / Oophorectomy /

**Family History**
**FMH**   Reviewed - not significant / Asthma / COPD / CAD / HTN / MI / DM / CA / Seizures / Unknown /

**Social History**
**Social concerns**   None / Neglect / Abuse / Living situation /
**Habits**   None / ETOH occ reg amt _____ per day wk / Tobacco occ reg __ ppd x ____ y's /

Page 1 of 2
Printed 9/21/2016 at 21 33

**ED Physician Notes** copyright LYNX Medical Systems Inc  2001  N9   BOND, REBECCA (17 - 40 yr F) Insect Bite (uncomplicated)

000346

*EXHIBIT 2 Pg 4*

**Home Medication List**

| | | | |
|---|---|---|---|
| **Pt Name:** | BOND, REBECCA J | **MRN:** | 0296577 |
| **Pt ID:** | 2013009845 | **Acct No:** | 00049864390 |
| **DOB:** | 1/3/1979  12 | **Age/Sex:** | 37Y/F |
| **Adm Dtime:** | 9/21/2016  9:27:00PM | **Atn Dr:** | REDDY, VIDYASAGAR MD |
| **Nurs Sta:** | SBWY | **Rm & Bed:** | SB02-A |
| **Alrg:** | Dilaudid, morphine, No Known Food Allergies | **Entity:** | 0100 |

Status: Complete        Collected On: 09/21/16 21:40        By: Debora A Tedford, RN

Comments:

---

**Home Medications**

**aripiprazole (Abilify) 20 mg   Tablet**

Medication Status:          active

---

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

000344

Exhibit 2 pg 5

000341

TY-PM~  REBECCA JOY-Enc# 49864390-STY-E-E-9/21/2016 Coding Summary -ICD 27/2016--EL0004-lpg

MPE450RL                     MIRA - CODING & ABSTRACTING                        9/27/16  8:24:56
33.13                       ICD10 Coding Summary Report                         S0617FC6
TY_LANJ                             ETMC TYLER                                   Page  1
                               LOCATION - 0100

=================================== *** PATIENT INFORMATION *** ===================================

NAME....BOND, REBECCA J              DRG.. 603 CELLULITIS W/O MCC
ACCOUNT #:.. 49864390                MDC...: 9    LOS..: 1
MRM#......: 029-65-77                TOTAL CHARGES.. : 551.50
PT TYPE..: E E                       AGE..: 37 Y    SEX.. F
ADMIT....: 09/21/2016                PAYOR:1512 MEDICAID CIGNA HEALTHSPRING
DISCH....: 09/21/2016                DISP...:1   DC HOME OR SELF CARE
ATT PHYS..REDDY, VIDYASAGAR G

                           *** CLINICAL INFORMATION ***

DIAGNOSIS CODE & DESCRIPTION                                      POA
A   F41.9     Anxiety disorder, unspecified

P   L03.115   Cellulitis of right lower limb
S   L03.116   Cellulitis of left lower limb
S   F41.9     Anxiety disorder, unspecified

CPT4 CODE & DESCRIPTION           CM MODIFIER(S)    SVC DATE      PERF PHYS    APC CODE & DESCRIPTION

99283  EMERGENCY DEPT VISIT            Y            09/21/2016    37020        5023 LEVEL 3 TYPE A ED VISITS

DIAGNOSIS LINKS

Page 1 of !



Rebecca Bond 2128686
Mountainview Unit
2305 Ransom Road
Gatesville TX 76528




CERTIFIED MAIL

7014 1820 0001 4181 6381

UNITED STATES
POSTAL SERVICE®

1000        7670

Western
800 Fra
Waco

Legal