IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| REBECCA JOY BOND, #2128686 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv549 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Rebecca Joy Bond, a prisoner confined at the Hobby Unit within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se* and *in forma pauperis*, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a judgment of conviction. The petition was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On September 9, 2020, Judge Love issued a Report, (Dkt. #30), recommending that Petitioner's federal habeas petition be denied, with prejudice. Judge Love also recommended that Petitioner be denied a certificate of appealability *sua sponte*. A copy of this Report was sent to Petitioner at her address, with an acknowledgment card. Petitioner has filed timely objections, (Dkt. #32).

The Court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the Court has determined that the Report of the United States Magistrate Judge is correct and Petitioner's objections are without merit. Accordingly, it is

1

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #30), is **ADOPTED** as the opinion of the Court.  Petitioner's objections, (Dkt. #32), are **OVERRULED**. Further, it is

**ORDERED** that Petitioner's federal habeas petition is **DENIED**, with prejudice.  Petitioner is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED** as **MOOT**.

**SIGNED** this the 24 day of **September, 2020.**

_____
Thad Heartfield
United States District Judge